**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| PENNCREST SCHOOL DISTRICT, | : No. 103 WAL 2023 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| THOMAS CAGLE, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Whether the Right to Know Law, 65 P.S. §§ 67.101 - 67.3104, requires the disclosure of school board members' social media posts on their private Facebook accounts relating to the propriety of a display of certain books in the school library.